IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COMMUNITY EMPOWERMENT COUNCIL, INC.,
TONY J. ANDERSON, and CHARLES ANDERSON          PLAINTIFFS

VS.                    CASE NO. 5:11-CV-049 DPM

THE CITY OF PINE BLUFF, ARKANSAS
A Public Body Corporate and Politic,
CARL A. REDUS JR., In His Individual
and Official Capacity as Mayor for
the City of Pine Bluff, Arkansas,
FRED TISDALE, In His Individual
and Official Capacity as Fire Marshall
for the City of Pine Bluff Fire and
Emergency Services                              DEFENDANTS

PLAINTIFF'S RESPONSE TO THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Come the plaintiffs Community Empowerment Council, Inc., Tony J. Anderson, and Charles Anderson, by and through their attorney **Austin Porter Jr., d/b/a Porter Law Firm**, and for their response to the defendants' motion to dismiss, they state the following:

1.      The plaintiffs deny the averment as stated in ¶ 1 of the defendants' motion.

2.      The plaintiffs admit that the defendants' motion is supported by a brief, but deny the contents therein as alleged in ¶ 2 of the defendant's motion.

3.      The plaintiffs admit that the defendants' motion is supported by exhibits and affidavits, but deny the contents therein as alleged in ¶ 3 of the defendant's motion.

4.      The plaintiffs deny that the defendants are entitled to a motion for summary judgment as alleged in ¶ 5 of the defendants' motion.

THEREFORE, the plaintiffs request that the defendants' motion be denied, and for all other

1

just and proper relief.

                          Respectfully submitted,

                          **/s/ Austin Porter Jr.**
                          Bar Number 86145
                          PORTER LAW FIRM
                          The Tower Building
                          323 Center Street, Suite 1300
                          Little Rock, Arkansas 72201
                          Telephone: 501-244-8200
                          Facsimile: 501-372-5567
                          E-mail: Aporte5640@aol.com

## CERTIFICATE OF SERVICE

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas - Western Division, on the 17th day of April 2012, using the CM/ECF system, which is designed to send notification of such filing to the following:

Michael Mosley, Esquire
Arkansas Municipal League
P. O. Box 38
North Little Rock, Arkansas 72115

mmosley@arml.org

                          **/s/Austin Porter Jr.**