IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COMMUNITY EMPOWERMENT
COUNCIL, INC.; TONY J. ANDERSON;
and CHARLES ANDERSON                                              PLAINTIFFS

v.                            No. 5:11-cv-49-DPM

CITY OF PINE BLUFF, ARKANSAS;
CARL A. REDUS, JR., Individually
and Oficcially; and FRED TISDALE,
Individually and Officially                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2012